UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DALE L. SHIPLEY, et al.,<br><br>    Defendants. | Case No. 13-cv-05721-WHO<br><br>**ORDER RELIEVING FORMER COUNSEL OF FURTHER OBLIGATION**<br><br>Re: Dkt. No. 152 |

I previously granted the motion of Attorney Nicholas Cirigliano to withdraw as counsel for defendants Dale and Helen Anne Shipley (Dkt. 129), subject to the requirement that he forward to the Shipleys all documents filed in the case until such time as the Shipleys file notice that they are proceeding pro se in the case or have retained other counsel.

The Shipleys have not filed such a notice. However, they have filed a Notice of Change of Address (Dkt. 152). I construe this document as notice that the Shipleys are proceeding pro se and relieve Mr. Cirigliano of any further obligation in this case. The Clerk shall terminate electronic noticing to Mr. Cirigliano and note the docket to reflect the Shipleys' status as pro se parties.

**IT IS SO ORDERED**.

Dated: November 10, 2014

WILLIAM H. ORRICK
United States District Judge