UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>DALE L. SHIPLEY, et al.,<br>    Defendants. | Case No.  13-cv-05721-WHO<br><br>**ORDER RE DISCOVERY DISPUTE**<br>Re: Dkt. No. 177 |

Pursuant to my Standing Order For Civil Cases, intervenors' discovery dispute (Dkt. No. 177) should have been submitted as a joint statement of five pages or less and not as a noticed motion.

Accordingly, the May 13, 2015 hearing on that motion is VACATED.

Defendants DGSI Technologies shall file a five page response, double-spaced, to the discovery dispute only on or before **Monday April 13, 2015**.  If I find that further briefing or a hearing is necessary, I will advise the parties of that.  Otherwise, the discovery dispute will be deemed submitted.  I will address the sanctions motion at a later time if appropriate.

**IT IS SO ORDERED**.

Dated: April 7, 2015

_____
WILLIAM H. ORRICK
United States District Judge