UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

DALE L. SHIPLEY, et al.,

    Defendants.

Case No. 13-cv-05721-WHO

**ORDER RE DISCOVERY DISPUTE**

Re: Dkt. No. 192

Defendants and cross-defendants Dale and Helen Shipley filed a statement regarding their request for production of documents in three subpoenas served on defendant and cross-defendant DSGI Technologies, Inc. The papers submitted in response indicate that the parties should be able to cooperate in this matter and reach a resolution, if they have not already done so. In the event that they have not done so, they are ordered to meet and confer for a minimum of one hour prior to noon on August 7, 2015. If there are still disagreements, I will hold a telephonic hearing on Monday, August 10, 2015 at 1:30 p.m.

On Friday, August 7, 2015, prior to 3:00 p.m., counsel for the Shipleys shall notify Ms. Davis, Courtroom Deputy, by an email copying all counsel that states whether he desires that the hearing be held and, if so, provides his telephone number for the hearing. Counsel for the disputants shall then provide their telephone numbers to Ms. Davis prior to 10:00 a.m. on August 10, 2015 in the event the hearing is necessary. If the parties resolve the matter the hearing will be vacated.

**IT IS SO ORDERED**.

Dated: August 6, 2015

WILLIAM H. ORRICK
United States District Judge