UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. DALE L. SHIPLEY, et al., Defendants. | Case No. 13-cv-05721-WHO<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 226 |

Stanley Pond, counsel of record for Dale and Helen Anne Shipley, failed to participate in today's Case Management Conference, which was held to insure that the Shipleys are fully cooperating in all respects with the Receiver (including specifically with respect to the Mexican villa and the estate of Ms. Potter). Mr. Pond is ordered to show cause why he should not be sanctioned monetarily for his failure to participate in the CMC. Mr. Pond is further ordered to telephone the Receiver, discuss the cooperation the Receiver desires from the Shipleys, and determine whether the Shipleys will cooperate. Mr. Pond shall file a declaration under penalty of perjury within seven days of the date below that shall (1) describe why Mr. Pond did not participate today in the CMC, (2) describe the cooperation sought by the Receiver from the Shipleys, and (3) report whether and when the Shipleys will provide that cooperation. The declaration should be specific. Once I review the declaration, I will determine whether any additional action is necessary.

**IT IS SO ORDERED.**

Dated: March 27, 2018

William H. Orrick
United States District Judge