UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DALE L. SHIPLEY, et al.,<br><br>Defendants. | Case No. 13-cv-05721-WHO<br><br>**ORDER LIFTING STAY, VACATING CASE MANAGEMENT CONFERENCE, SETTING BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 296 |

The stay in this case, pursuant to agreement of the parties, is lifted to determine the ownership of the DSGI stock held in the receivership to which there is a dispute and the priority of payout if and when there is a stock liquidity event for the DSGI stock. The previously scheduled Case Management Conference set for October 12, 2021 is VACATED.

The parties shall have 90 days from today's date to conduct discovery. After the completion of discovery, any interested party shall file a dispositive motion related to the ownership of the Shipley's DSGI stock within 45 days. Within 30 days after the deadline for filing a dispositive motion, any opposition must be filed. Within 14 days after the deadline for filing any opposition, a reply may be filed. If I determine that oral argument is warranted, I will then set the motion(s) for hearing. Otherwise, the motion(s) shall be determined on the papers.

**IT IS SO ORDERED.**

Dated: October 4, 2021

William H. Orrick
United States District Judge